ACCEPTED
04-15-00021-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 3:22:34 PM
KEITH HOTTLE
CLERK

No. 04-15-00021-CV

IN THE
COURT OF APPEALS FOR THE
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/22/2015 3:22:34 PM
KEITH E. HOTTLE
Clerk

BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO
APPELLANT

VERSUS

MICHAEL AND THERESA HAYES
APPELLEES

APPEAL FROM THE COUNTY COURT AT LAW NUMBER TEN, BEXAR COUNTY, TEXAS
NO. 2014CV00284

## Motion for Extension of Time to File Brief of Appellees

Appellees Michael and Theresa Hayes file this Motion for Extension of Time to File Brief of Appellees.

1.  After obtaining one extension, Appellant filed its Brief of Appellant on July 8, 2015. After that date, the undersigned agreed to appear in this matter as additional appellate counsel for Appellees.

2.  Appellees hereby request an extension for filing their brief. Lead appellate counsel for Appellees has a previously-planned vacation over most of the next two

{MOTION~1}

weeks. Lead appellate counsel also has deadlines in numerous cases over the next month including:

a. *Steve Cooper, et al. v. Texas Alcoholic Beverage Commission, et al.*; Docket No. 14-51343, in the United States Court of Appeals for the Fifth Circuit;

b. *Young Chevrolet, Inc., et al. v. Texas Commission on Environmental Quality, et al.;* in the Court of Appeals for the Third Court of Appeals District, Austin, Texas;

c. *Miguel Rishmague, et al. v. Robert Winter, et al.,* Docket No. 14-11118, in the United States Court of Appeals for the Fifth Circuit.

3. Appellees therefore request a 30-day extension of the deadline for filing their brief such that the brief will be due on or before September 7, 2015.

4. Counsel for Appellees contacted counsel for Appellant, who indicated that the requested extension is unopposed.

5. This is Appellees' first request for an extension for filing of their Brief of Appellees and the extension is not sought for delay, but so that justice may be had.

WHEREFORE Appellees pray that this Motion be granted such that Appellees' Brief be considered timely filed on or before September 7, 2015, and this Court award Appellees such other and further relief, both general and special, at law or in equity, to which they may be entitled.

Respectfully submitted,

**PULMAN, CAPPUCCIO,
PULLEN, BENSON & JONES, LP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Leslie Sara Hyman*
    Elliott S. Cappuccio
    State Bar No. 24008419
    ecappuccio@pulmanlaw.com
    Leslie Sara Hyman
    Texas State Bar No. 00798274
    lhyman@pulmanlaw.com
    Brennan R. Kucera
    State Bar No. 24076491
    bkucera@pulmanlaw.com

**EARL & ASSOCIATES, P.C.**
David L. Earl
Texas State Bar No. 06343030
Megan J. Clay
Texas State Bar No. 24077729
601 NW Loop 410, Suite 390
San Antonio, Texas 78216
(210) 222-1500 Telephone
(210) 222-9100 Facsimile

**ATTORNEYS FOR APPELLEES
MICHAEL AND THERESA HAYES**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2015, the foregoing Motion for Extension of Time to File Brief of Appellees has been transmitted by electronic service in accordance with the requirements of the Texas Rules of Appellate Procedure addressed as follows:

> ***Via Email: alopezoffice@gmail.com***
> Albert López
> Law Offices of Albert López
> 14310 Northbrook Drive, Suite 200
> San Antonio, Texas 78232


*/s/ Leslie Sara Hyman*
Leslie Sara Hyman